IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Marshall, Alphonso L | Case Number: 06 B 08958 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 11/20/07 | Filed: 7/26/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: July 30, 2007
Confirmed: September 25, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 41,715.00 |  |
| Secured: |  | 39,664.67 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 2,050.32 |
| Other Funds: |  | 0.01 |
| Totals: | 41,715.00 | 41,715.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 35,828.40 | 17,359.41 |
| 3. | America's Servicing Co | Secured | 48,700.32 | 22,305.26 |
| 4. | HomEq Servicing Corp | Secured | 9,850.62 | 0.00 |
| 5. | Americas Servicing | Secured | 39,130.30 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 577.20 | 0.00 |
| 7. | Wells Fargo Fin Acceptance | Unsecured | 7,157.65 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 65.90 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
| 10. | Account Recovery Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 141,310.39 | $ 39,664.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 1,618.32 |
| 5.4% | 432.00 |
|  | $ 2,050.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Marshall, Alphonso L | Case Number: 06 B 08958 |
| | Judge: Hollis, Pamela S |
| Printed: 11/20/07 | Filed: 7/26/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

    _Denise Ashley_